**Exhibit 1**

▢▢▢
▢▢▢
▢▢▢

Cape Air

Dear ▢▢▢,

On behalf of Cape Air, I am pleased to present you with the offer of full-time employment as a ▢▢▢ based **Captain** by way of the Jump Start Program in partnership with Republic Airways. In this position you will report directly to Ryan Baker, Part 135 Chief Pilot. Your rate of pay will be $22.44 per hour, payable bi-weekly. Your expected virtual ground school start date is ▢▢▢, and you will report in Hyannis, MA on ▢▢▢, to begin in-person training. You should expect to be in Hyannis for approximately 30 days and relocating to your assigned crew base upon completion of training. New hire pilots typically bid for their crew base assignment in the first week of in-person training and can expect to receive your base award seven days later.

Two weeks before your start date, you will receive a packet of new hire paperwork from a member of our team. Please complete the new hire paperwork and return scanned copies within three business days. We will issue your company login credentials and hotel confirmation on the Friday before your online start date. Your single-occupancy hotel room will be available for check in at the Holiday Inn on Iyannough Road in Hyannis on the ▢▢▢ before in-person training begins. Keep all receipts for travel expenses to Hyannis and submit them to your Pilot Recruiter for a reimbursement of up to $200.

For the week of online training, you will receive compensation for 25 hours of work. Upon arrival in Hyannis, you will begin receiving a 40 hour per week minimum pay guarantee.

Your employment with Cape Air is pending HR clearance based on the results of a ten-year criminal background check, pre-employment drug and alcohol testing, a Pilot Records Improvement Act (PRIA) background check and your execution of this employment offer. This document will become part of your permanent employment record at Hyannis Air Service, Inc. Other than enforcement of your commitments as set forth herein, once you are employed, the terms of your employment will be governed by the collective bargaining agreement, as agreed upon by Cape Air and the certified union representative for our pilots, the International Brotherhood of Teamsters.

As per the terms of the **Jump Start Program,** you are committing to serve as a Cape Air Captain for a minimum of 700 hours as Pilot in Command (PIC) in our FAR Part 135 operation. Upon completion of this commitment, you will be released for a class date with Republic Airways.

By executing this document, you acknowledge that you have not signed any agreements that would prevent you from being employed by Cape Air in the position offered. This offer letter contains an expiration date due to Cape Air's need to timely fill its flight school class. However, if you require more time to consider this offer or should you have any questions or comments regarding this offer of employment, please feel free to contact your recruiter to request an extension.

We hope this opportunity aligns with your career goals and that you choose to accept. Please consider this offer thoroughly, and if the terms of employment are agreeable to you, please sign this document where indicated and return an original copy to your Pilot Recruiter. This offer is valid through ▢▢▢.

Sincerely,

*Cameron Withrow*

Cameron Withrow
Director of Pilot Industry Relations & Sourcing

I hereby accept your offer of employment: _____  _____
                                                                                   Your Signature                       Date

# REPUBLIC AIRWAYS CAPTAIN PATHWAY PROGRAM
# ENROLLMENT AGREEMENT

I, _____, (the **"Pilot"**) wish to enroll in the Republic Airways Captain Pathway Program (the **"Program"**) based on the terms and conditions of this Captain Pathway Program Enrollment Agreement (the "**Agreement**") by and between myself, Republic Airways, Inc. ("**Republic**"), and Hyannis Air Service Inc. d/b/a Cape Air ("**Cape Air**").

Subject to the terms and conditions of this Agreement, the Program will allow the Pilot to:

1. Be hired as a Captain by Cape Air and receive a $2,500 signing bonus;
2. Receive either: (i) a monthly stipend in the amount of $1,500 per month, for up to eight (8) months, to assist with living expenses while working for Cape Air; or (ii) hotel or housing directly through Cape Air;
3. Receive a guaranteed First Officer Trainee class date at Republic after performing at least 720 hours of qualifying PIC flight time at Cape Air;
4. Receive an hourly wage rate equal to Republic's Year 1 Captain wage rate (currently $140), after reaching 850 hours of combined Part 135 PIC and Part 121 SIC time and bidding for upgrade while a Republic First Officer on Active Status; and
5. Receive up to a $100,000 upgrade bonus for successfully upgrading to the position of Captain at Republic.

## I. Employment with Cape Air

To be eligible for hire by Cape Air, the Pilot is required to have a valid first-class FAA Medical Certificate and either (i) an ATP license or (ii) be ATP license eligible, by having successfully completed the ATP-CTP course and ATP written exam. For those who have not yet completed the ATP-CTP course and ATP written exam, Republic has agreed to schedule and pay for the course on behalf of the Pilot, a value of up to $4,500.

Within fifteen (15) days of the Pilot's hire date at Cape Air, Republic will pay the Pilot a $2,500 signing bonus. The Pilot may choose to receive either: (i) a monthly stipend in the amount of $1,500 per month, for up to eight (8) months, to assist with living expenses while working for Cape Air; or (ii) hotel or housing directly through Cape Air, as arranged by Cape Air in its discretion, and subject to availability. If the Pilot chooses the monthly stipend option, Republic will pay the monthly stipend directly to the Pilot on the first regularly scheduled pay period each month and invoice Cape Air for reimbursement on a quarterly basis. During Cape Air flight training, which takes place in Hyannis, Massachusetts, Cape Air will provide hotel accommodations in the local area.

It is in the mutual best interest of the Pilot and Republic for the Pilot to obtain 720 hours of air carrier PIC flight experience as safely and efficiently as possible, the completion of which will allow the Pilot to transition to Republic as a First Officer with the intention of upgrading to Captain. To accomplish this goal, it is the expectation of both parties that the Pilot will maintain a monthly flight schedule of at least 103 hours and that Cape Air will be able to _____ Cape Air requires the

Pilot to pick up incremental shifts above and beyond a standard line assignment. Cape Air shall make such extra shifts available to Program pilots.

At a minimum, the Pilot is required to (1) meet all applicable laws and regulations to obtain and/or maintain their ATP certificate and remain in good standing with the FAA and DOT, including maintaining their first-class FAA Medical Certificate; (2) remain in good standing with Cape Air, including an exemplary attendance record; (3) fly at least 85 hours per month, on average, for Cape Air; and (4) in the event the Pilot flies less than the 85 hours in a given month, then the Pilot must establish a plan to reach the 85 hour average to Cape Air and Republic's satisfaction. If the Pilot is in violation of any of the requirements in the preceding sentence, then Republic, in its sole discretion, may remove the Pilot from the Program and terminate this Agreement.

## II. Employment with Republic

Within three (3) business days of obtaining 720 PIC hours of flight experience at Cape Air, the Pilot shall notify Republic at pilotrecruitment@rjet.com. The Pilot will receive a confirmation email within 72 hours of submitting such notice. If the Pilot does not receive such email within 72 hours, he or she shall call or contact Jason Rodd, Director of Talent Acquisition, at jason.rodd@rjet.com. Upon receipt of notification to the Company, Republic will schedule the Pilot in the next available First Officer training class after Pilot completes his pre-employment drug test.

## III.   Upgrade to Captain at Republic

Upon successfully upgrading to the position of Captain at Republic, the Pilot will be eligible to receive a "Captain Pathway Upgrade Bonus". The amount of Captain Pathway Upgrade Bonus will be determined by the number of months it takes the Pilot to: (1) achieve 720 PIC flight hours at Cape Air, and (2) upgrade to the position of Captain at Republic. After determination, the amount to be paid to the Pilot is the "Bonus Amount."

(A) Eligible Amount. The maximum eligible amount of the Captain Pathway Upgrade Bonus will be determined in accordance with the following scale:

| Number of Months to Complete 720 PIC Hours at Cape Air* | Captain Pathway Upgrade Bonus Eligible Amount |
| --- | --- |
| 7 or less | $100,000 |
| 8 | $90,000 |
| 9 | $75,000 |
| 10 | $50,000 |
| 11+ | $0 |

Page **2** of **5**

*The Pilot's flight hour total will be calculated at the end of the completed month. For example, if a Pilot starts on Jan 1 and completes 720 PIC flight hours on July 31st, the Pilot would be at 720 after 7 completed months and eligible for $100,000. If it took the same Pilot until August 15, the Pilot would be at 8 months and eligible for $90,000. The calendar "clock" for PIC time starts upon completion of Captain Initial Operating Experience at Cape Air.

(B) Payout Percentage. The percentage of payout of the Eligible Amount will be determined in accordance with the following scale:

| Number of Months to Upgrade to Captain at Republic | Captain Pathway Upgrade Bonus Eligible Payout Percentage |
|---|---|
| 1-2 | 100% |
| 3-4 | 90% |
| 5 | 75% |
| 6 | 60% |
| 7 | 50% |
| 8+ | 0% |

(C) Payment Schedule. The Bonus Amount will be paid in two (2) equal installments ("Installments 1 and 2", respectively). Installment 1 will be paid as soon as administratively possible, on a regularly scheduled payroll date, after Pilot successfully completes Captain Operating Experience (OE) training. Installment 2 will be paid as soon as administratively possible, on a regularly scheduled payroll date, one (1) year after Pilot successfully completes Captain OE, so long as the Pilot (i) is still employed by Republic in the role of Captain and (ii) has maintained an average of seventy (70) Pay Credit Hours (PCH) per month during the same one-year period.

(D) Repayment. If the Pilot's employment with Republic is terminated, or the Pilot is downgraded from a Captain (either voluntarily, or by Republic due to Republic's determination, in its sole discretion, that the Pilot did not satisfactorily perform his/her duties) within twelve (12) months of receipt of an Installment, then the Pilot will owe the amount of that Installment to Republic within five (5) business days and will forfeit any rights to Installment 2, if applicable. This amount shall be in addition to the liquidated damages set forth in Article IV.

### IV.   Non-Compete and Liquidated Damages

Upon entering this Agreement, Pilot agrees to make at least a three (3) year employment commitment to Republic and Cape Air, collectively, which specifically includes a two (2) year commitment as a Captain at Republic (assuming successful upgrade). Pilot acknowledges that Republic has invested time, resources, and money, as well as provided access to confidential and trade secret information, in return for this three (3) year at-will commitment. Pilot understands that his or her failure to comply with this employment commitment, which is a material term of

Page 3 of 5

this Agreement, shall be a material breach of this Agreement, and will impose consequential damages on Republic in excess of one million dollars ($1,000,000.00). Therefore, not as a penalty, but as liquidated damages, Pilot agrees to pay the sum of two hundred and fifty thousand dollars ($250,000.00) to Republic in the event Pilot breaches this commitment obligation. It shall not be a breach of the Agreement if Pilot cannot satisfy the commitment due to circumstances reasonably beyond the Pilot's control.

As further part of this commitment, Pilot also agrees, in the event the Pilot is terminated, resigns from his or her employment, or is terminated for cause, he or she warrants that he or she will not work as a pilot for any airline that is in competition with Republic for a period of one (1) year after termination of Pilot's relationship with Republic. Republic shall have the remedies of enforcement of liquidated damages and/or injunctive relief, at its discretion, as well as recovery of reasonable attorneys' fees and costs. It is agreed that "in competition with Republic" shall be understood to mean operating as a pilot for a commercial airline with routes that compete with Republic for the flying public in the United States. Non-competing pilot employment is not prohibited by this Agreement, but Pilot will still be subject to the liquidated damages penalty for breach of the Agreement.

### V.   Miscellaneous

A. <u>Taxes.</u> The Pilot acknowledges and agrees that they are responsible for any taxes incurred by the Pilot in connection with the financial arrangements referenced in this Agreement.

B. <u>Bonus:</u> Pilot acknowledges that separate and/or different bonus plans may be used in the future for new pilot hires and upgrades to Captain. Pilot acknowledges that he or she is not entitled to participate in those bonus programs.

C. <u>Entire Agreement</u>. This Agreement embodies the entire agreement between Pilot and Republic and supersedes all oral statements.

D. <u>Independent Employment</u>. The Pilot acknowledges and agrees that when he or she is employed by Cape Air, such employment is independent of Republic and Republic will not have any liability with respect to such employment.

E. <u>Governing Law and Choice of Forum</u>. This Agreement is delivered in the State of Indiana and governed by Indiana law. All disputes, litigation, proceedings, or other legal actions by any party to this Agreement in connection with or relating to this Agreement or any matters described or contemplated in this Agreement shall be instituted in the courts of the State of Indiana serving Marion County, Indiana or of the United States in the Southern District of Indiana, in either case sitting in Indianapolis, Indiana. Each party irrevocably submits to the exclusive jurisdiction of the courts of the State of Indiana serving Marion County, Indiana or of the United States in the Southern District of Indiana in connection with any such dispute, litigation, action or proceeding arising out of or relating to this Agreement. Each party irrevocably waives any defense or objection it may now or hereafter have based on *forum non conveniens* and waives any objection to venue of any action instituted under this Agreement.

F. Severability of Provisions. In the event a provision of this Agreement is deemed prohibited by, or held invalid under applicable law, it shall be ineffective to the extent of the prohibition or invalidity, but such prohibition or invalidity shall not invalidate the remainder of such provision or the remaining provisions of this Agreement.

G. Attorneys' Fees. In the event of a breach of this Agreement, which is not cured after seven (7) business days' written notice, the non-breaching party shall be able to recover from the breaching party, costs of collection and reasonable attorneys' fees through and including the costs of any appeals and any appellate costs and regardless of whether any specific legal proceedings shall be commenced in connection therewith, incurred in enforcing the terms of this Agreement.

_____, PILOT          HYANNIS AIR SERVICE INC. d/b/a CAPE AIR

_____          _____
Signature                                    Signature

_____          _____
Printed Name                                 Printed Name

_____          _____
Date                                         Date

REPUBLIC AIRWAYS, INC.

_____
Signature

_____
Printed Name

_____
Date