**Exhibit 3**

# REPUBLIC AIRWAYS
## CAREER ADVANCEMENT PROGRAM PRE-HIRE ENROLLMENT AGREEMENT

I, _____, (the "**Pilot Candidate**") wish to enroll in the Republic Airways New First Officer Career Advancement Program (the "**Program**") based on the terms and conditions of this Career Advancement Program Pre-Hire Enrollment Agreement (the "**Agreement**") by and between myself and Republic Airways Inc. ("**Republic**").

Subject to the terms and conditions of this Agreement, Republic and the Pilot Candidate agree:

1. Republic is not currently recruiting First Officers who do not intend to progress to the position of Captain when they become eligible to upgrade. Republic is solely hiring pilots who are committed to: (a) becoming a Republic Captain within two (2) years; and (b) working as a Republic Captain for a period of at least two (2) years after completing Captain upgrade; and in return for this commitment, Republic will invest significant time, resources, and money in hiring and training Pilot Candidate;

2. The Pilot Candidate will need 1000 hours of Part 121 time (or combination of Part 121 SIC and approved Part 135/military PIC time) to be eligible to upgrade to the position of Captain at Republic;

3. The Pilot Candidate will both obtain the hours the Pilot Candidate needs in order to upgrade and will upgrade to Captain within 24 months from their Date of Hire ("DOH"); and

4. Republic will pay the Pilot Candidate $100,000 in accordance with the terms and conditions set forth below.

### I. Employment with Republic

A. To be eligible for hire by Republic, the Pilot Candidate is required to have a valid first-class FAA Medical Certificate and either (i) an ATP license or (ii) be ATP license eligible, by having successfully completed the ATP-CTP course and ATP written exam. For those who have not yet completed the ATP-CTP course and ATP written exam, Republic agrees to schedule and pay for the course on behalf of the Pilot Candidate, a value of up to $4,500.

B. The Pilot Candidate is required to (i) meet all applicable laws and regulations to obtain and/or maintain their ATP certificate and remain in good standing with the FAA and DOT, including maintaining their first-class FAA Medical Certificate; and (ii) remain in good standing with Republic.

C. Upon reaching 850 hours of Part 121 time (or combination of Part 121 SIC and approved Part 135/military PIC time), the Pilot Candidate will bid for the first available Upgrade class after the Pilot Candidate becomes eligible. If the Pilot Candidate is unable to accept the first available Upgrade class, they will bid for and accept the next available Upgrade class.

D. If the Upgrade Incentive Program under LOA #9 of the 2022 Republic – IBT pilot collective bargaining agreement (the "CBA") is in effect at the time of Pilot Candidate's upgrade bid, the Pilot Candidate will be eligible to receive an hourly wage rate equal to Republic's Year 1 Captain wage rate (currently $140) in accordance with LOA #9 and pursuant to the Pilot Candidate's obligations as stated in LOA #9.

II. **Incentive Payment**

A. <u>Payment Schedule</u>.  As part of the incentives contained in this Agreement, Republic will pay the Pilot Candidate $100,000 in installments as set forth below and in accordance with the terms and conditions of this Agreement.

1. **INSTALLMENT 1**:  Republic will pay the Pilot Candidate an installment in the amount of $25,000 on the next regularly scheduled pay cycle after the Pilot Candidate successfully completes their new hire First Officer training, including their Initial Operating Experience ("IOE").

2. **INSTALLMENT 2**:  Republic will pay the Pilot Candidate an installment in the amount of $50,000 on the next regularly scheduled pay cycle, after the Pilot Candidate successfully completes their Captain upgrade training, including their Captain Operating Experience ("OE").

3. **INSTALLMENT 3**:  Republic will pay the Pilot Candidate an installment in the amount of $25,000 on the next regularly scheduled pay cycle, twelve (12) months after Pilot Candidate successfully completes OE, so long as the Pilot Candidate (i) is still employed by Republic in the role of Captain and (ii) has remained in active status during the entirety of the twelve (12) month period immediately prior (except as provided in Paragraph IV.G below).

B. <u>Eligibility</u>.

1. Prior to completion of their new hire First Officer Training, including IOE, if the Pilot Candidate fails to satisfy any of the requirements in Paragraphs I.A or I.B then they will be ineligible for the Installments provided in Paragraph II.A. Thereafter, if the Pilot Candidate fails to satisfy Paragraphs I.B or I.C., the Pilot Candidate will become ineligible for any remaining applicable payment Installment(s) set forth in Paragraph II.A.2-3.

2. If the Pilot Candidate (i) does not successfully upgrade to Captain within twenty-four (24) months of DOH or (ii) is downgraded from Captain (either voluntarily, or by Republic in accordance with the CBA for reasons other than furlough), then the Pilot Candidate will be ineligible for the remaining applicable payment Installment(s) set forth in Paragraph II.A.2-3.

C. <u>Repayment</u>.

1. If the Pilot Candidate separates from their employment with Republic (*i.e.*, resigns their employment or is terminated by Republic in accordance with the CBA) prior to completing (i) at least two (2) years in active status as a Captain for Republic, or (ii) at least five (5) years in active status as a pilot for Republic, then the Pilot Candidate will be obligated to repay to Republic the Installments paid under Paragraph II.A. These amounts shall be separate from and in addition to any applicable liquidated damages set forth in Section III, below.

   <u>Example.</u>  If the Pilot Candidate upgrades to Captain within twenty-four (24) months of DOH but resigns their employment after only completing three (3) months active status as a Captain at Republic, they will owe Republic repayment of Installment 1 and 2 and will be ineligible for Installment 3.

2. If the Pilot Candidate is downgraded from Captain, either voluntarily, or by Republic in accordance with the CBA (other than a reduction in force including an involuntary furlough) they will not be eligible for any remaining Installment(s), if applicable. In the event of a downgrade caused by a reduction in force, including an involuntary furlough, the Pilot Candidate will remain eligible for Installment 3 if they return to a Captain position and complete one (1) year in active status as a Captain, but will not be subject any liquidated damages set forth in Paragraph III.C below.

   <u>Example.</u> If the Pilot Candidate is downgraded from Captain for reasons other than reduction in force in month 10 after OE but remains at Republic for five (5) years in active status, they will be ineligible for Installment 3 but may retain Installment 1 and 2.  However, if the Pilot Candidate resigns their employment prior to five (5) years in active status, they will owe Republic repayment of all Installments paid to them.

III. **Employment Commitment Incentive**

A. Upon entering this Agreement, Pilot Candidate agrees to work for Republic as a Captain for two (2) years in active status (the "Employment Commitment Period"). The Pilot Candidate understands and agrees that the Employment Commitment Period is the material consideration on which Republic is relying to hire the Pilot Candidate and enter into this Agreement.

B. The Pilot Candidate acknowledges that Republic, in hiring and training Pilot Candidate, will invest significant time, resources, and money, as well as provide access to confidential and trade secret information, in return for the Employment Commitment Period. The Pilot Candidate understands that their failure to comply with the Employment Commitment Period, which is a material term of this Agreement, shall be a material breach of this Agreement; and it is understood that the

precise calculation of damages may be difficult, if not impossible, to determine but it is indisputable that Republic will suffer significant harm in the event the Pilot Candidate fails to fulfill their Employment Commitment Period.

C. Consequently, not as a penalty, but as liquidated damages representing the harm to Republic based on the cost of training as well as opportunity costs and as part of the incentives contained in this Agreement, if the Pilot Candidate separates from employment with Republic (*i.e.*, resigns their employment or is terminated by Republic in accordance with the CBA) prior to completing at least two (2) years in active status as a Captain for Republic, or, in the alternative, at least five (5) years in active status as a pilot for Republic, then the Pilot Candidate agrees to pay liquidated damages in accordance with the following scale:

1. Separation before completing four (4) years in active status and has not upgraded to Captain at Republic = $100,000;

2. Separation after completing four (4) years but less than five (5) years in active status and has not upgraded to Captain at Republic = $75,000;

3. Separation before completing five (5) years in active status and has been a Captain at Republic for less than one (1) year = $75,000;

4. Separation after completing one (1) year but less than eighteen (18) months in active status as a Captain and has been a pilot at Republic for less than five (5) years in active status = $50,000;

5. Separation after completing eighteen (18) months but less than two (2) years in active status as a Captain and has been a pilot at Republic for less than five (5) years in active status = $25,000; or

6. Separation on or after five (5) years in active status or after completing two (2) years in active status as a Captain at Republic = $0.

D. If the Pilot Candidate does not upgrade to Captain within twenty-four (24) months of DOH, they will not owe liquidated damages so long as (i) they complete two (2) years in active status as a Captain for Republic or (ii) complete at least five (5) years in active status as a pilot for Republic prior to separation from their employment with Republic, but they will not be eligible for Installments 2 and 3 provided for in Paragraph II.A.2 and 3.

E. Notwithstanding the foregoing, the Pilot Candidate shall not be required to repay any of the Installments provided for in Paragraph II.A or owe liquidated damages in the event that the Pilot Candidate becomes disabled during their employment, even if the Pilot Candidate resigns their employment with Republic due to that disability

("disabled," is defined as set forth in Republic's Long Term Disability insurance plan).

F. In the event that Republic is not offering upgrade classes at the time the Pilot Candidate becomes eligible to upgrade, then the timing of payment of Installments 2 and 3 will be delayed (tolled) until Republic begins offering upgrade classes again and the Pilot Candidate upgrades; and, the 24-month period to upgrade to be eligible for the Installments (in Paragraph II.B.2) will be tolled for the period in which upgrade classes are not offered. In addition, if there is a delay between when the Pilot Candidate is eligible to upgrade to Captain and the next offered upgrade class because Republic is not offering upgrade classes at the time, the Pilot Candidate's Employment Commitment Period will be reduced by the period of the delay.

> Example: The Pilot Candidate is eligible to upgrade on January 1 but the next upgrade class is not offered until July 1, which the Pilot Candidate accepts. After they complete Captain upgrade, the Pilot Candidate will have only 18 months remaining in the Employment Commitment Period for Republic. Installments 2 and 3 in Paragraph II.A will be paid at the completion of OE and completion of one (1) year as Captain.

G. The Pilot Candidate also warrants and agrees that, in the event the Pilot Candidate separates from their employment (*i.e.*, resigns their employment or is terminated by Republic in accordance with the CBA) before (i) completing two (2) years in active status as a Captain for Republic; or (ii) completing at least five (5) years in active status as a pilot for Republic, they will not work as a pilot for any U.S. commercial passenger airline other than American Airlines, Delta Air Lines, or United Airlines mainline operations for a period of one (1) year after termination of the Pilot Candidate's employment with Republic. Republic shall have all appropriate remedies of enforcement including but not limited to injunctive relief, at its discretion, as well as recovery of reasonable attorneys' fees and costs in the event that the Pilot Candidate works as a pilot for any such airline within one (1) year after their employment separation.

IV. **Miscellaneous**

A. Taxes. The Pilot Candidate acknowledges and agrees that they are responsible for any taxes incurred by the Pilot Candidate in connection with the financial arrangements referenced in this Agreement.

B. Future Bonus or Other Incentive Programs: The Pilot Candidate acknowledges that separate and/or different bonus or other incentives may be used in the future for new pilot hires and upgrades to Captain. By accepting this Agreement, Pilot Candidate acknowledges that they are not entitled to participate in those bonus or other incentive programs.

C. <u>Entire Agreement</u>. This Agreement embodies the entire agreement between Pilot Candidate and Republic and supersedes all oral statements and written agreements.

D. <u>Governing Law and Choice of Forum</u>. This Agreement is delivered in the State of Indiana and governed by Indiana law. All disputes, litigation, proceedings, or other legal actions by any party to this Agreement in connection with or relating to this Agreement or any matters described or contemplated in this Agreement shall be instituted in the courts of the State of Indiana serving Marion County, Indiana or of the United States in the Southern District of Indiana, in either case sitting in Indianapolis, Indiana. Each party irrevocably submits to the exclusive jurisdiction of the courts of the State of Indiana serving Marion County, Indiana or of the United States in the Southern District of Indiana in connection with any such dispute, litigation, action or proceeding arising out of or relating to this Agreement. Each party irrevocably waives any defense or objection it may now or hereafter have based on *forum non conveniens* and waives any objection to venue of any action instituted under this Agreement.  Notwithstanding the foregoing, any dispute related to this Agreement involving interpretation of provisions of the CBA is subject to the exclusive jurisdiction of the System Board of Adjustment under Article 18 of the CBA.

E. <u>Severability of Provisions</u>.   In the event a provision of this Agreement is deemed prohibited by, or held invalid under applicable law or by determination of the System Board of Adjustment, it shall be ineffective to the extent of the prohibition or invalidity, but such prohibition or invalidity shall not invalidate the remainder of such provision or the remaining provisions of this Agreement.

F. <u>Attorneys' Fees</u>. In the event of a breach of this Agreement, which is not cured after seven (7) business days' written notice, the non-breaching party shall be able to recover from the breaching party, costs of collection and reasonable attorneys' fees through and including the costs of any appeals and any appellate costs and regardless of whether any specific legal proceedings shall be commenced in connection therewith, incurred in enforcing the terms of this Agreement.

G. <u>Active Status</u>. For periods of employment when the Pilot Candidate is not in active status, as defined by the CBA, the timeframes in this Agreement will be tolled.

1. <u>Example:</u>  A Pilot Candidate who is on an approved leave of absence for one (1) month following their DOH will remain eligible for Installments 2-3 so long as they complete OE within twenty-five (25) months, rather than twenty-four (24) months.

2. <u>Example</u>: A Pilot Candidate who is on active status for one (1) year as a Captain and then is on an approved leave of absence for one (1) year and returns to active status for one (1) year as a Captain prior to resigning will not breach the Agreement and will not owe any liquidated damages because they have completed a total of two (2) years of active status as a Captain.

| PILOT CANDIDATE | REPUBLIC AIRWAYS INC. |
|---|---|
| _____ | _____ |
| Signature | Signature |
| _____ | _____ |
| Printed Name | Printed Name |
| _____ | _____ |
| Date | Date |