All Counsel of Record for the Plaintiffs:

Jeffrey Macey
Macey Swanson, LLP
429 N. Pennsylvania Street
Suite 204
Indianapolis, IN 46204
(317) 637-2345
jmacey@maceylaw.com

William R. Wilder
Wilder Law Group, PLLC
1750 Tysons Blvd.
Suite 1500
Tysons, VA 22182
(703) 712-4772
wwilder@wilderlg.com