UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:23-cv-00995-RLY-MG |
| REPUBLIC AIRWAYS, INC. *et al.*, | ) ) ) | |
| Defendants. | ) | |

**ENTRY DENYING MOTION TO DISMISS AS MOOT**

Defendants' Motion to Dismiss (Filing No. 18) is **DENIED as MOOT**, given that Plaintiffs have filed an amended complaint. *See Pac. Bell Tel. Co. v. linkLine Commc'ns, Inc.*, 555 U.S. 438, 456 n.4 (2009) (explaining "an amended complaint supersedes the original complaint").

**IT IS SO ORDERED** this 14th day of August 2023.

*[signature]*
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsels of Record.