UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, TEAMSTERS LOCAL UNION NO. 357 and AIRLINE PROFESSIONALS ASSOCIATION TEAMSTERS LOCAL UNION NO. 1224,<br><br>        Plaintiffs,<br><br>  v.<br><br>REPUBLIC AIRWAYS, INC., REPUBLIC AIRWAYS HOLDINGS, INC. AND HYANNIS AIR SERVICE INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 1:23-cv-995-RLY-MG<br>)<br>)<br>)<br>)<br>)<br>) |

## RESPONSE TO DEFENDANTS' MOTION TO STAY

Plaintiffs, by counsel, hereby respond to Defendants' Motion to Stay. Plaintiffs do not oppose the Motion to Stay, with the understanding that the Stay will expire immediately and automatically upon the issuance of the Court's decision on Defendant's Motion to Dismiss.

Respectfully submitted,

**MACEY SWANSON LLP**

    /s/Jeffrey A. Macey
Jeffrey A. Macey, Atty No. 28378-49
Attorney for Plaintiffs

MACEY SWANSON, LLP
429 N. Pennsylvania Street
Suite 204
Indianapolis, IN 46204-1800
Telephone: (317)637-2345
Facsimile: (317)637-2369
E-Mail: jmacey@maceylaw.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel of record certifies that the foregoing Response to Motion to Stay was served via operation of the Court's electronic filing system on all counsel of record this 26th Day of September 2023.

                                        Respectfully submitted,

                                        **MACEY SWANSON LLP**

                                        _____/s/Jeffrey A. Macey_____
                                        Jeffrey A. Macey, Atty No. 28378-49
                                        Attorney for Plaintiffs