UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE PROFESSIONALS ASSOCIATION TEAMSTERS LOCAL UNION NO. 1224, and TEAMSTERS LOCAL UNION NO. 357, <br><br>Plaintiffs, <br><br>v. <br><br>REPUBLIC AIRWAYS, INC., REPUBLIC AIRWAYS HOLDINGS, INC., and HYANNIS AIR SERVICE, INC., <br><br>Defendants. | No. 1:23-cv-00995-RLY-MG |

**FINAL JUDGMENT**

Today, the court granted Defendants' Motion to Dismiss Counts I-III for lack of subject matter jurisdiction and Count IV for lack of supplemental jurisdiction. As all claims have been finally resolved, the court issues final judgment in favor of Defendants and against Plaintiffs.

**SO ORDERED** this 6th day of March 2024.

Roger A.G. Sharpe, Clerk

BY: _Tina M. Doyle_
Deputy Clerk, U.S. District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1